598

468 A.2d 842

Monito v. Dechicchis, Appellant v. McKeesport.

Submitted September 30, 1983. James Cole, for appellant; Edward P. Zemprelli, for Monito, appellee; James E. Lomeo, for McKeesport, appellee; Lewis J. Nescott, for Redev. of City of McKeesport, appellee; James T. Farrell, for McKeesport Nat'l Bank, appellee; Larry P. Gaitens, for McIlvane and Gallagher, appellees.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., did not participate in the consideration or decision of this case.

468 A.2d 843

Segady, Appellant v. Harford Mutual Ins. Co.

Argued May 26, 1983. Edward C. Milburn, for appellant; John H. Bingler, Jr., for appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Order affirmed.